UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Gail Anne Laifer and
Warren Laifer

v.                                          Case No. 19-cv-907-LM

Andrew Saul, Commissioner of the Social
Security Administration, and
Manchester Housing Authority

## REPORT AND RECOMMENDATION

Appearing pro se and in forma pauperis, plaintiffs Gail and Warren Laifer have filed a complaint (Doc. No. 1) which is before this magistrate judge for preliminary review. See 28 U.S.C. § 1915(e)(2); LR 4.3(d)(2).

The Laifers' filed their two-page complaint (Doc. No. 1) on September 5, 2019. It appears that the Laifers believe they have been unfairly or illegally denied Medicare and/or Medicaid, Social Security, and housing benefits or assistance.

On May 20, 2020, the court entered a detailed order (Doc. No. 4) finding that the complaint failed to comply with Rule 8 of the Federal Rules of Civil Procedure and providing the Laifers thirty (30) days to file an amended complaint that would comply with Rule 8, as explained in that order. The court also notified the Laifers that their case may be dismissed upon further preliminary review if they did not comply with the court's order. See May 20, 2020 Order (Doc. No. 4), at 6. As

1

of this date, the Laifers have not filed an amended complaint.

It appears that the Laifers may have abandoned this action. They did not file an amended complaint as directed by the court within the time allowed, and they have had no contact with this court since they filed the complaint in September 2019.

The district judge should therefore dismiss the Laifers' complaint, without prejudice, and direct that the clerk's office enter judgment and close this case, because of the Laifers' failure to comply with the court's May 20, 2020 Order (Doc. No. 4) and their apparent failure to prosecute. Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). That period may be extended upon motion. Failure to file objections within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

July 10, 2020

cc: Gail Anne Laifer, pro se
    Warren Laifer, pro se