UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Gail Anne Laifer and
Warren Laifer

    v.

Andrew Saul, Commissioner of the Social
Security Administration, and Manchester
Housing Authority

Case No. 19-cv-907-LM

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 10, 2020, dismiss the Laifers' complaint, without prejudice, and direct that the clerk's office enter judgment and close this case.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                       _____
                                       Landya B. McCafferty
                                       Chief Judge

cc: Gail Anne Laifer, pro se
Warren Laifer, pro se

Date: August 13, 2020